# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHIPOSKI,<br><br>                    Plaintiff,<br>vs.<br><br>INVACARE CORPORATION, an OHIO corporation, DOES 1-200 inclusive,<br><br>                    Defendant. | CASE NO. 06cv1007 BEN (WMc)<br><br>**ORDER** |

The Court will hold a *telephonic* conference regarding Defendant's inspection requests on **November 22, 2006 at 2:15 p.m.** Dennis Raglan, Esq. is ordered to contact Plaintiff's counsel and initiate a joint call to the Court at (619) 557-6624.

**IT IS SO ORDERED.**

DATED: November 20, 2006

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE ROGER T. BENITEZ, U.S. DISTRICT JUDGE

ALL PARTIES AND COUNSEL OF RECORD