# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHIPOSKI, | CASE NO. 06cv1007 BEN (WMc) |
| Plaintiff, | **ORDER** |
| vs. | |
| INVACARE CORPORATION, an OHIO corporation, DOES 1-200 inclusive, | |
| Defendant. | |

The Court held a telephonic Settlement Disposition Conference in the above-entitled matter on February 26, 2007.  Paul Danielson, Esq. appeared for Plaintiff.  Dennis Raglin, Esq. appeared for Defendant.  **The parties are ordered to file a joint motion for dismissal with the District Judge no later than <u>March 16, 2007.</u>**

**IT IS SO ORDERED.**

DATED: February 26, 2007

_____

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE ROGER T. BENITEZ, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD