SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICKI S. SINGER    (Bar No. 148699)
DENNIS E. RAGLIN   (Bar No. 179261)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California  94105
Telephone:  (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendant
INVACARE CORPORATION

FILED
07 MAR 12 AM 8:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JOHN SHIPOSKI,<br><br>             Plaintiff,<br><br>v.<br><br>INVACARE CORPORATION, an OHIO corporation, Does 1-200, inclusive,<br><br>             Defendants. | Case No. 06CV1007 BEN (WMc)<br><br>**ORDER OF DISMISSAL OF MATTER WITH PREJUDICE**<br><br>[FRCP 41(a)(1)] |
|---|---|

### ORDER

Pursuant to stipulation of the parties, and FRCP 41(a)(1), IT IS HEREBY ORDERED that the entire action, including the Complaint be, and hereby is, DISMISSED WITH PREJUDICE.

Dated: 3/09/_____, 2007          _____
                                             Judge Roger T. Benitez
                                             UNITED STATES DISTRICT JUDGE